# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LEE CANADA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CDCR,<br><br>　　　　　Defendant. | Case No. 1:20-cv-01593-JLT (PC)<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE** |

Plaintiff filed a withdrawal of his claims, which the Court construes as a voluntary dismissal, on March 22, 2021. (Doc. 7.) Pursuant to Federal Rule of Civil Procedure 41(a)(1), a "plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Once a dismissal under Rule 41(a)(1) is properly filed, no order of the court is necessary to effectuate dismissal; the dismissal is effective automatically. *Com. Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1078 (9th Cir. 1999).

///

///

///

///

///

Because Plaintiff has filed a notice of dismissal, and no opposing party has filed an answer or a motion for summary judgment, this action has terminated. Accordingly, the Court DIRECTS the Clerk of the Court to terminate all pending motions and to close this case.

IT IS SO ORDERED.

Dated:   **March 29, 2021**              /s/ Jennifer L. Thurston
                                         UNITED STATES MAGISTRATE JUDGE